**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CONTINENTAL RESOURCES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-04-1681-F |
| ) | |
| PXP GULF COAST, INC. and ) | |
| PXP LOUISIANA, L.L.C., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the record, it appears that defendant PXP Louisiana, L.L.C. is a limited liability company.

One of the issues for the court's determination is the existence of subject matter jurisdiction. The Tenth Circuit has not specifically ruled with respect to the method of determining the citizenship of a limited liability company for purposes of diversity jurisdiction. However, other courts have determined that the citizenship of a limited liability company is the citizenship of its members. Handelsman v. Bedford Village Associates Ltd. Partnership, 213 F.3d 48, 51-52 (2nd Cir. 2000); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Hale v. MasterSoft Intern. Pty., Ltd., 93 F.Supp.2d 1108, 1112 (D. Colo. 2000); Keith v. Black Diamond Advisors, Inc., 48 F.Supp.2d 326, 329-30 (S.D.N.Y. 1999); International Flavors & Textures, LLC v. Gardner, 966 F.Supp. 552, 554-55 (W.D. Mich. 1997).

The record does not reflect the citizenship of all of the members of PXP Louisiana, L.L.C., or the citizenship of those members.

-2-

Therefore, PXP Louisiana, L.L.C. is directed to file, within fifteen days of the date of this order, a statement (i) identifying the members of PXP Louisiana, L.L.C., and (ii) specifying the citizenship of those members.

If any of the members of PXP Louisiana, L.L.C. are themselves limited liability companies, the statements required by the preceding paragraph shall also identify those limited liability companies and specify their citizenship.

Dated this 19th day of May, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-1681p010(pub).wpd